# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:26-CT-3167-D

DOMENICO LOCKHART, )
)
Plaintiff, )
)
v. )                    **ORDER**
)
UNNAMED DEFENDANT, )
)
Defendant. )

On May 29, 2026, Domenico Lockhart ("Lockhart" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On June 1, 2026, Magistrate Judge Jones issued an order of deficiency directing Lockhart to file his complaint on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without prepayment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned Lockhart that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent him the forms needed to comply with the order. See id.

On June 8, 2026, Lockhart filed an incomprehensible motion [D.E. 4]. Lockhart failed to comply with Magistrate Judge Jones's order, and the time to do so has expired. Accordingly, the court DENIES Lockhart's motion [D.E. 4] and DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED.  This __7__ day of July, 2026.

_____
JAMES C. DEVER III
United States District Judge